UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Balfour Beatty Rail, Inc.,

    Plaintiff,

vs.                                           Case No.  3:06-cv-551-J-20MCR

Vincent V. Vaccarello and Charles B. Byers,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion to Seal (Doc. 49) filed April 6, 2007.  Plaintiff seeks to file under seal three (3) pages of documents to refute Defendants' claims in their Motion to Dismiss that Plaintiff has "not suffered sufficient damages and loss as a result of the destruction of [Plaintiff's] electronically stored information."  (Doc. 49, p.2).  Plaintiff contends these documents contain "non-public, proprietary, and confidential information that [Plaintiff] treats as confidential and proprietary."  Id.

      The Court will permit the filing of a limited number of sealed documents because it finds there is a compelling interest in protecting the proprietary information and the sealing of these three exhibits is narrowly tailored to that interest.  See Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992), citing Wilson v. American Motors Corp., 759 F.2d 1568, 1571 (11th Cir. 1985).

-1-

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Motion to Seal (Doc. 49) is **GRANTED**. Plaintiff will be permitted to file the three documents under seal.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  9th  day of April, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record